-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MIGUEL LEAL, 97A4780,

       Plaintiff,

   -v-                                   11-CV-6544L(Fe)
                                            **ORDER**

CARL C. COX, Correction Officer;
TODD PIASECKI, Correction Officer;
JACOB MILLER, JR., Correction Officer;
DAVID F. NAPOLI, Superintendent;
MICHAEL SHEAHAN, Acting Superintendent
and KATHLEEN J. MURRAY, N.R. Exam;

       Defendants.

---

      Plaintiff pro se has requested appointment of counsel. There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards promulgated by Hendricks v. Coughlin, 114 F.3d 390, 392 (2d Cir. 1997), and Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986), as issue has yet to be joined. Therefore plaintiff's motion for appointment of counsel is denied without prejudice at this time. Plaintiff may renew his application once the defendants have responded to the complaint. It is the plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*. 28 U.S.C. § 1654.

      The Clerk of Court is directed to send plaintiff additional copies of the summons and Marshal forms. Plaintiff may complete

the service forms for each defendant with the address where they work, which in this case appears to be the correctional facility.

**SO ORDERED.**

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated:     December 1, 2011
           Rochester, New York