UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MIGUEL LEAL,

                          Plaintiff,

                                                                                                   <u>DECISION AND ORDER</u>

                                                                                                    11-CV-6544L

                        v.

CORRECTION OFFICER CARL C. COX,
et al.,

                        Defendants.
_____

      By letter dated October 28, 2010 (Dkt. #23), plaintiff requests that this Court voluntarily dismiss the action. Pursuant to FED. R. CIV. P. 41(a)(2) I grant plaintiff's motion to voluntarily dismiss the action, with prejudice.

      IT IS SO ORDERED.

                                                           _____
                                                                    DAVID G. LARIMER
                                                                  United States District Judge

Dated: Rochester, New York
        November 5, 2012.