UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MIGUEL LEAL,

                            Plaintiff,

                                                      DECISION AND ORDER

                                                      11-CV-6544L

                            v.

CORRECTION OFFICER CARL C. COX,
et al.,

                            Defendants.
_____

      By letter dated October 28, 2010 (Dkt. #23), plaintiff requests that this Court voluntarily dismiss the action. Pursuant to FED. R. CIV. P. 41(a)(2) I grant plaintiff's motion to voluntarily dismiss the action, with prejudice.

      IT IS SO ORDERED.

                                               _____
                                                   DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       November 5, 2012.